# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>CUMMINGS MANOOKIAN, PLLC<br><br>Debtor. | Case No. 3:19-bk-07235<br>Chapter 7<br>Judge Walker |

## BRIAN MANOOKIAN'S NOTICE OF APPEAL
## AND STATEMENT OF ELECTION

Brian Manookian ("Appellant"), through counsel, gives notice of his appeal from the Bankruptcy Court's August 28, 2023 Order (Doc. 189). In furtherance of the same, Appellant states as follows:

### Part 1: Identity of Appellant

1. The name of the Appellant is Brian Manookian. Mr. Manookian is the sole owner and member of the Debtor, Cummings Manookian, PLLC.

### Part 2: Subject of the Appeal

2. Appellant appeals from the Court's Order Denying the Motion to Disqualify Bankruptcy Judge Charles Walker (Doc. 189). The Order was entered on August 28, 2023.

### Part 3: Parties to the Appeal

3. The names of the Parties to the Order appealed from as well as the contact information for their attorneys are:

a. Debtor Cummings Manookian
   Jay R. Lefkovitz
   Lefkovitz & Lefkovitz, PLLC
   312 East Broad Street, Suite A
   Cookeville, TN 38501
   (931) 528-5297 (T)
   931-526-6244 (F)
   JLefkovitz@lefkovitz.com

b. Trustee Jeanne Anne Burton
   Phillip Young
   One Franklin Park
   6100 Tower Circle, Suite 200
   Franklin, TN 37067
   (615) 465-6008 (T)
   phillip@thompsonburton.com

c. Creditor Grant, Konvalinka & Harrison, P.C.,
   John P. Konvalinka
   Grant, Konvalinka & Harrison, P.C.
   633 Chestnut Street Suite 900 Republic Centre
   Chattanooga, TN  37450-0900
   (423) 756-8400 (T)
   (423) 756-6518 (F)
   jkonvalinka@gkhpc.com

d. Creditor D.F. Chase, Inc.
   Daniel Puryear
   Puryear Law Group
   104 Woodmont Boulevard, Suite 201
   Nashville, TN 37205
   (615) 255-4859 (T)
   (615) 630-6602 (F)
   dpuryear@puryearlawgroup.com

**Part 4: Election to have appeal heard by District Court**

4. Appellant elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

Date: August 28, 2023        Respectfully submitted,

/s/ John Spragens
John Spragens (TN Bar No. 31445)
Spragens Law PLC
311 22nd Ave. N.
Nashville, TN 37203
T: (615) 983-8900
F: (615) 682-8533
john@spragenslaw.com

*Attorney for Manookian PLLC, Brian Manookian, Afsoon Hagh, and Hagh Law PLLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed August 28, 2023 and served electronically upon all parties in interest or their counsel as indicated on the receipt issued by the Court's electronic filing system.

/s/ John Spragens